UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS LAWSON,

    Plaintiff,

vs.                            CASE NO. 8:04-CIV-2366-T-17-TBM

DOLLAR GENERAL CORPORATION,
and DOLENGENCORP, INC.,

    Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This cause is before the Court on the *in camera* report and recommendation (R&R) issued by Magistrate Judge Thomas B. McCoun III on July 16, 2007 (Docket No. S-9). The magistrate judge recommended that the Court grant the plaintiff's motion to enforce settlement agreement (Docket No. 145) and compel the parties to sign the settlement documents/releases reflecting the agreed terms.

Pursuant to Rule 6.02, Rules of the United States District Court for the Middle District of Florida, the parties had ten (10) days after service to file written objections to the proposed findings and recommendations, or be barred from attacking the factual findings on appeal. **Nettles v. Wainwright**, 677 F.2d 404 (5th Cir. 1982) (en banc). Objections to the report and recommendation have been filed by the defendant *in camera* (Docket No. S-11) and the plaintiff filed a response and motion to strike an affidavit (Docket No. S-14). No response to the motion to strike was filed.

## STANDARD OF REVIEW

When a party makes a timely and specific objection to a finding of fact in the report and recommendation, the district court should make a de novo review of the record with respect to that factual issue. 28 U.S.C. § 636(b)(1); **U.S. v. Raddatz**, 447 U.S. 667 (1980); **Jeffrey S. v. State Board of Education of State of Georgia**, 896 f.2d 507 (11th Cir. 1990). However, when no timely and specific objections are filed, case law indicates that the court should review the findings using a clearly erroneous standard. **Gropp v. United Airlines, Inc.,** 817 F.Supp. 1558, 1562 (M.D. Fla. 1993).

The Court has reviewed the report and recommendation and made an independent review of the record., including review of the objection and response. Upon due consideration, the Court concurs with the report and recommendation and the response to the objection. The objections are overruled. Accordingly, it is

**ORDERED** that the report and recommendation, dated July 16, 2007 (Docket No. S-9) be **adopted** and **incorporated by reference**; the plaintiff's motion to strike affidavit (Docket No. S-14) be **granted**; the plaintiff's motion to enforce settlement agreement (Docket No. 145) be **granted**; the parties are directed to sign the settlement documents/releases reflecting the agreed terms, on or before December 17, 2007, and to comply with the terms of the signed settlement, including distribution of funds, or the Court may consider imposition of appropriate sanctions; the parties must submit either the signed settlement agreement or a joint motion to dismiss the case so that the case may be terminated; and the parties must consult on the issue of attorney's fees and attempt to resolve the issue. If the parties cannot resolve the attorney fee issue the plaintiff shall file any appropriate motions on that issue.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 3rd day of December, 2007.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record
Assigned Magistrate Judge